MARX & RAWOLLE, Respondent, *v.* AMERICAN DRUGGISTS SYNDICATE, Appellant.

*Marx & Rawolle* v. *American Druggists Syndicate,* 168 App. Div. 957, affirmed.

(Argued November 22, 1917; decided December 11, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 15, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged breach of contract. The complaint alleged the making of a written contract between the parties for the sale and purchase of 60,000 pounds of glycerine, to be delivered between January 25, 1911, and October 31, 1911, price twenty-five cents per pound, with provision for reduction of price in case of decline of market price; that thereafter the said agreement was mutually and duly extended from time to time at the request of the defendant for the purpose of allowing acceptance of the glycerine thereunder by the defendant; and that " on or about the 24th day of November, 1911, said contract was further extended at the request of the defendant to the 31st day of January, 1912, upon the express understanding and condition that the price of all glycerine delivered thereafter should be at the firm price of 19¼ cents per pound." It further alleged that the

defendant refused to accept the glycerine, and set forth the damages due to the subsequent decline in the market price. The answer was a general denial.

*Andrew C. Morgan* and *Robert B. Olsen* for appellant.
*Alfred W. Varian* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ.